**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 14, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

)))))))))))))))))))))))))))

No. 05-11353

)))))))))))))))))))))))))))

In The Matter Of:  JAY S. FICTNER

                    Debtor

- - - - - - - - - - - - - - - - - - - - - - -

VILLA CAPRI PARTNERSHIP, ET AL.

                    Appellants,

        versus

STANDING CHAPTER 13 TRUSTEE

                    Appellee.

---

Appeal from the United States District Court
for the Northern District of Texas
(04-CV-2249)

---

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:*

        AFFIRMED.  See 5TH CIR. R. 47.6.

---

        * Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.